**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| JAVIER PELLECER,<br><br>               Petitioner,<br><br>        v.<br><br>S. SMITH, Warden,<br><br>             Respondent. | Case No. 2:24-cv-4067-JLS-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Neither petitioner nor respondent filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that respondent's Motion to Dismiss (docket no. 8) is granted in part and denied in part as follows. Ground Eighteen is hereby stricken from the Petition, and the Motion to Dismiss is otherwise denied. Respondent's answer to the remaining claims in the Petition (Grounds One through Seventeen) shall be filed within 30 days of the date of this Order.

Dated: <u>March 27, 2025</u>

                                                      _____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE